**Motion to Consolidate Granted and Memorandum Opinion filed March 13, 2026**



**In The**

# Fifteenth Court of Appeals

**NO. 15-25-00191-CV**
**NO. 15-26-00020-CV**

**EDWARD ABRAHAM NALAKURTHI, Appellant**

**V.**

**APARNA SUSHIL KANCHERLA, Appellee**

**On Appeal from the County Court at Law No 1**
**Williamson County, Texas**
**Trial Court Cause Nos. 25-0007-POC1 & 25-0095-FC1**

## MEMORANDUM OPINION

On October 17, 2025, appellant Edward Abraham Nalakurthi filed a notice of appeal from a final protective order signed October 3, 2025, and the appeal, after being transferred to this Court, was assigned appellate number 15-25-00191-CV. Subsequently, on January 2, 2026, Nalakurthi filed a notice of appeal from a final divorce decree also signed October 3, 2025, which after being transferred to this Court, was assigned appellate number 15-26-00020-CV.

On February 5th and 9th of 2026, Nalakurthi filed the same motion to consolidate in cause numbers 15-25-00191-CV and 15-26-00020-CV, respectively. Appellee Aparna Sushil Kancherla opposes the motion but did not file a response in either case.

Upon review, we grant the motion and consolidate the two above-referenced causes for all purposes because the causes are intertwined with one another. The ground for the protective order—family violence—is also one of the grounds for the divorce decree and was a listed reason in the decree for why the marital estate was divided the way it was. Additionally, the bench trial encompassed both the protective order and the divorce decree matters.

The issues, records, and documents filed in cause number 15-25-00191-CV are consolidated into cause number 15-26-00020-CV. The consolidated appeal shall proceed under appeal number 15-26-00020-CV, and appeal number 15-25-00191-CV is hereby dismissed. Appellate deadlines will follow the deadlines in appeal number 15-26-00020-CV. For clarification, the record in that case is complete and appellant's brief is currently due March 20, 2026.[1]

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] 15-25-00191-CV does not currently have a reporter's record, but Nalakurthi in his motion to consolidate states that the reporter's record in that matter and 15-26-00020-CV are the same. Accordingly, with this consolidation, the records in both cases are complete.